UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YAYA JALLOW,

                        Plaintiff,

              -against-

DAVID TERRELL et al.,

                    Defendants.

------------------------------------------------------------X

23 Civ. 3969 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a telephonic hearing was held on October 23, 2024.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that the Clerk of Court is respectfully directed to complete the U.S. Marshals Service Process Receipt and Return forms for each of the Defendants at the addresses listed below:

      David Terrell, Manhattan Court Section, 100 Centre Street, New York, NY, 10007;

      Rasequr Malik, 64-2 Catalpa Avenue, Queens, NY 11385;

      Raheen Rivers, 1 Police Plaza, Room 110C, New York, NY 10038;

      Jermack Romero, 1 Police Plaza, Room 110C, New York, NY 10038.

      The Clerk of Court is further directed to issue summonses for each of the Defendants deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these Defendants, including a copy of the summons, the amended complaint at Dkt. 12, and waiver of service form.

      The Clerk of Court is also respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.

Dated: October 23, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE