UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YAYA JALLOW,
                                Plaintiff,

                            23 Civ. 3969 (LGS)

          -against-

                            ORDER

DAVID TERRELL et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on November 20, 2024. As discussed at the conference, it is hereby

      **ORDERED** that the City shall communicate with Defendant Rasequr Malik about return of service and promptly notify the Court once it resolves representation of the remaining Defendants. Defendants' deadline to answer or otherwise respond to the Complaint is extended to **December 9, 2024**. The parties shall also meet and confer about Plaintiff's discovery requests. A Civil Case Management Plan will be issued separately.

Dated: November 21, 2024
       New York, New York

                                                   LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE