United States District Courts
Southern District of New York

| | |
|---|---|
| *Yaya Jallow*, <br>  Plaintiff, <br>   v. <br> *State of New York,* <br> *City of New York,* <br> *David Terrel, New York City Department of Corrections,* <br> *Joshuas Maye & Raheen Rivers, City Of New York Police Department,* <br>  Defendants. | Case No. 1:23-cv-03969 (LGS) <br><br> Motion To Deny Deposition <br><br> *Hon. Judge Lorna G. Schofield* <br><br> December 4th 2024 |

**Motion To Deny Deposition**

I, Yaya Jallow, The Plaintiff am refusing the Notice To Deposition by Despondent Kevin Collins, in The matter of being deposed by Kevin Collins. The Plaintiff is refusing this deposition on a couple of fronts: The deposition is not needed to resolve the harm caused to The Plaintiff as well as for the particular reason that the Despondent is considered weak to The Plaintiff. The Despondent won't even provide their home address and as such The Plaintiff will not be taking any question from The Despondent nor any question originating from The Despondent. The Plaintiff feels The Despondent is weak and a coward, for a lack of better words, and as such The Plaintiff will not take any deposition due to the principle of being petty and not allowing The Despondent to forget The Plaintiff lacks any respect for The Despondent due to The Despondent explicitly choosing for The Plaintiff not to respect him nor her as it matters towards this Case Matter. The Plaintiff would also like to mention if the only duty of the NYPD, as

they explicitly stated, is to maintain Public Order than The Plaintiff's only duty is to make sure he receives 585,000$

for the audacity of The Defendant thinking The Plaintiff would ever allow such a deposition to stand.

/s/Yaya Jallow
Yaya Jallow
*The Plaintiff, pro se*
yjallow96@outlook.com • (718) 200-5369
4380 Bronx Boulevard, The Bronx, New York 10466

A telephonic conference will be held on Plaintiff's filings on **December 18, 2024, at 4:00 P.M.** The parties shall call (855) 244-8681 and enter the access code 23111938649. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: December 12, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE