```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  YAYA JALLOW,

                                    Plaintiff,

                  -against-

  EDWARD I. GEFFNER et al.,

                                    Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2024

ORDER

23-CV-3969 (LGS) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 4, 2024, Plaintiff filed a Motion to Deny Deposition (the "Motion") and supporting papers. (ECF No. 44) On December 23, 2024, Defendants filed a letter requesting that the Court deny Plaintiff's Motion for the reasons stated therein. (ECF No. 53) Upon reviewing the parties' filings, the Court construes Plaintiff's Motion as one for a protective order to bar his deposition from being taken by Defendants. Plaintiff's Motion is hereby DENIED. Defendants are entitled to question Plaintiff concerning the factual allegations in the complaint and the causes of action asserted therein. Questions of this nature are both relevant and proportional to the needs of the case and consistent with Federal Rule of Civil Procedure 26(b). Plaintiff shall answer questions in a straightforward manner and without using profanity, slurs or insults and is warned that a failure to comply with Court orders and discovery obligations may result in sanctions up to and including dismissal of this action.

**The Clerk of Court is directed to mail a copy of this order to Plaintiff. The Clerk of Court is further directed to terminate ECF No. 44.**

**SO ORDERED.**

Dated:      December 26, 2024
                New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge