```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

YAYA JALLOW,

                                  Plaintiff,

          -against-

DAVID TERRELL, et al.,

                                Defendants.

**ORDER TO UNSEAL VIDEO SURVEILLANCE FOOTAGE PROTECTED BY N.Y. C.P.L. §§ 160.50 AND/OR 160.55**

23 Civ. 3969 (LGS) (KHP)

------------------------------------------------------------------ x

**WHEREAS**, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants intend to produce certain video surveillance footage from the Male Holding Cell Area of Manhattan Central Booking from April 27, 2022;

**WHEREAS**, upon information and belief, such video footage portrays the faces of non-parties, including inmates whose arrest records and subsequent incarceration may be sealed and protected from disclosure pursuant to New York Criminal Procedure Law §§ 160.50 and/or 160.55;

**WHEREAS** the video footage is material and relevant to the above-captioned civil action currently pending in the United States District Court for the Southern District of New York; and

**WHEREAS** the Court has the inherent authority to unseal this video footage in connection with this action, see, e.g., Schomburg v. Bologna, 298 F.R.D. 138, 141(S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section 160.50").

**IT IS HEREBY ORDERED** that video surveillance footage from the Male Holding Cell Area of Manhattan Central Booking from April 27, 2022, that may currently be sealed pursuant to New York Criminal Procedure Law ("CPL") §§ 160.50 and 160.55, is unsealed and may be made available for use.

**IT IS FURTHER ORDERED** that any such video surveillance footage unsealed as a result of this Order shall be deemed Confidential and used only for the purposes of prosecuting and defending Plaintiff's claims in this civil suit.

**SO ORDERED**.

Dated:   January 11, 2025
         New York, New York

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE